# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS LLC, and GM GLOBAL TECHNOLOGY OPERATIONS LLC, | Case No. 2:15-cv-12917 |
| Plaintiff, | Hon. Judge Victoria A. Roberts |
| v. | Mag. Judge Elizabeth A. Stafford |
| DORMAN PRODUCTS, INC., and ELECTRONICS REMANUFACTURING COMPANY, LLC, | |
| Defendant. | |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Aaron A. Barlow of the law firm of Jenner & Block LLC hereby enters his appearance as counsel on behalf of Plaintiffs, General Motors LLC and GM Global Technology Operations LLC, in the above-captioned matter.

Dated: May 16, 2018

/s/ Aaron A. Barlow
Aaron A. Barlow
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
abarlow@jenner.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, I caused a true and correct copy of the foregoing **Appearance of Counsel for Attorney Aaron Barlow** was served on counsel of record via the Court's ECF system.

/s/ Aaron A. Barlow
Aaron A. Barlow
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
abarlow@jenner.com

*Attorney for Plaintiffs*